**DISMISS and Opinion Filed April 17, 2024**



In The
# Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-24-00055-CV

**CITY OF WILMER AND MAYOR SHEILA PETTA, IN HER OFFICIAL CAPACITY, Appellants**

**V.**

**EDD RD RV PARK, LLC, Appellee**

**On Appeal from the 192nd Judicial District Court
Dallas County, Texas
Trial Court Cause No. DC-22-13732**

## MEMORANDUM OPINION

Before Chief Justice Burns, Justice Molberg, and Justice Pedersen, III
Opinion by Chief Justice Burns

The filing fee in this appeal has not been paid. By postcards dated January 25, 2024 and February 16, 2024, we directed appellants to pay the $205 filing fee. We cautioned appellants that failure to do so might result in the dismissal of this appeal without further notice. *See* TEX. R. APP. P. 42.3(c). By letter dated February 6, 2024, we notified appellants we had been informed this appeal was inadvertently filed and we directed appellants to file, no later than February 20, 2024, either a motion to dismiss the appeal or written confirmation they intended to pursue the appeal. To date appellants have failed to file either requested document.

Accordingly, we dismiss this appeal.  See Tex. R. App. P. 42.3(c).


/Robert D. Burns, III/
ROBERT D. BURNS, III
240055F.P05                                        CHIEF JUSTICE



## Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

CITY OF WILMER AND MAYOR
SHEILA PETTA, IN HER
OFFICIAL CAPACITY, Appellants

No. 05-24-00055-CV      V.

EDD RD RV PARK, LLC, Appellee

On Appeal from the 192nd Judicial
District Court, Dallas County, Texas
Trial Court Cause No. DC-22-13732.
Opinion delivered by Chief Justice
Burns. Justices Molberg and
Pedersen, III participating.

In accordance with this Court's opinion of this date, this appeal is
**DISMISSED**.

Judgment entered April 17, 2024